UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER JONES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11CV62SNLJ/MLM |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [15], filed March 19, 2012,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [15], filed March 19, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in his Complaint and Brief in Support of Complaint [1 and 13] be and is **DENIED.**

**IT IS FINALLY ORDERED** that judgment be entered in favor of the defendant Commissioner.  This Court does not retain jurisdiction of this matter.

Dated this   23rd   day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE